UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| LESLEY STEPANEK | § | |
| | § | |
| VS. | § | C.A. NO. _____ |
| | § | |
| WAL MART STORES TEXAS, L.L.C. | § | JURY DEMANDED |

### NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441

TO THE CLERK OF THE ABOVE ENTITLED COURT:

Please take notice that Defendant, Wal-Mart Stores Texas, L.L.C., hereby removes to the Court the state action described below.

1. On February 14, 2017, a civil action was commenced, in the 377th Judicial District Court of Victoria County, Texas, entitled *Lesley Stepanek v. Wal Mart Stores Texas, L.L.C.,* Cause No. 17-02-80626-D. A copy of Plaintiff's Original Petition is attached hereto as **Exhibit A.**

2. Service of summons and complaint was made on Defendant, Wal-Mart Stores Texas, L.L.C. by certified mail on March 9, 2017. Defendant, Wal-Mart Stores Texas, L.L.C. first received a copy of said Petition on March 16, 2017. A copy of the Citation is attached hereto as **Exhibit B.**

3. Defendant, Wal-Mart Stores Texas, L.L.C. has filed an Original Answer, which is attached as **Exhibit C,** a Demand for Jury Trial, which is attached as **Exhibit D** and a Notice of Filing of Removal to Federal Court, attached as **Exhibit E.** Defendant, Wal-Mart Stores Texas, L.L.C. has attached all process, pleadings, and orders in the State Court action as required by 28 U.S.C. 1446(a).

4. Defendant, Wal-Mart Stores Texas, L.L.C. has attached a copy of the Docket Sheet as **Exhibit F** pursuant to Local Rule 81.

## JURISDICTION AND VENUE

5. The action is a civil action of which this Court has original jurisdiction under Title 28 U.S.C. § 1332 (Diversity Jurisdiction), and is one which may be removed to this Court pursuant to Title 28 U.S.C. § 1441. There is complete diversity of citizenship amongst the parties. Defendant, Wal-Mart Stores Texas, LLC is a limited liability company formed under the laws of Delaware, with its principal place of business in Arkansas. The sole member of Wal-Mart Stores Texas, LLC is Wal-Mart Real Estate Business Trust. Wal-Mart Real Estate Business Trust is a Delaware statutory trust with its principal place of business in Arkansas. The sole unit holder of Wal-Mart Real Estate Business Trust is Wal-Mart Property Co. which is a wholly owned subsidiary of Wal-Mart Stores East, LP. Wal-Mart Property Co. is a corporation formed under the laws of the State of Delaware with its principal place of business in the State of Arkansas. Wal-Mart Stores East, LP is a Delaware limited partnership, of which WSE Management, LLC is the general partner, and WSE Investment, LLC is the limited partner. WSE Management, LLC is a Delaware limited liability company, and has its principal place in Bentonville, Arkansas. WSE Investment, LLC is a Delaware limited liability company, and has its principal place in Bentonville, Arkansas. The sole member of WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC. (f/k/a Wal-Mart Stores East, Inc.), whose parent company is Wal-Mart Stores, Inc. Wal-Mart Stores East, LLC is a limited liability company formed under the laws of the State of Arkansas, and has its principal place of business in the State of Arkansas. The sole member of Wal-Mart Stores East, LLC is Wal-Mart Stores, Inc. Walmart Stores, Inc. is a corporation incorporated under the laws of the State of Arkansas, with its principal place of business in Arkansas. Plaintiff is a Texas citizen, with her residence in Lavaca County, Texas.

6. The amount in controversy exceeds the sum of Seventy-five Thousand Dollars

($75,000.00), exclusive of interest and costs. *See page 2 of Plaintiff's Original Petition.*

7.  Venue is proper in the Southern District of Texas, Victoria Division because this District and Division embrace the place in which the action is pending.

Dated March 31, 2017.

Respectfully submitted,

DAW & RAY, LLP

*Willie Ben Daw, III*
Willie Ben Daw, III; SBN:   05594050
Email: wbdaw@dawray.com
Sherelle Sanders; SBN:   24013745
Email:  ssanders@dawray.com
5718 Westheimer, Suite 1750
Houston, Texas   77057
Telephone No. (713) 266-3121
Facsimile No. (713) 266-3188

**ATTORNEYS FOR DEFENDANT,
WAL-MART STORES TEXAS, LLC.**

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all known counsel of record by electronic service on this 31st day of March, 2017.

Peter H. Dadinis  
LAW OFFICE OF PETER H. DADANIS  
1240 Blalock, Suite 204  
Houston, Texas 77055

*Via Email: pdadinis@swbell.net*

*Willie Ben Daw, III*
Willie Ben Daw, III

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| LESLEY STEPANEK | § § | |
| VS. | § § | C.A. NO. _____ |
| WAL MART STORES TEXAS, L.L.C. | § | JURY DEMANDED |

## **INDEX OF DOCUMENTS FILED WITH REMOVAL ACTION**

(A)  Plaintiff's Original Petition

(B)  Citation

(C)  Defendant's Original Answer

(D)  Defendant's Demand for Jury Trial

(E)  Notice of Filing of Removal to Federal Court

(F)  Docket Sheet

(G)  List of Counsel of Record