

# Daw&Ray

**A LIMITED LIABILITY PARTNERSHIP**

Willie Ben Daw, III*
James L. Ray*
Kyle D. Giacco
Jaime A. Drabek
C. Thomas Valentine, Jr.*
James K. Floyd
Sherelle W. Sanders
Thomas W. Demary
Ricardo G. Benavides
Benjamin S. Carpenter
Allison R. Miller

*Board Certified,
Personal Injury
Trial Law, Texas Board of
Legal Specialization

www.dawray.com

Attorneys at Law
Capital One Plaza
5718 Westheimer, Suite 1750
Houston, Texas 77057
713.266.3121 / 713.266.3188

San Antonio Office:
Pacific Plaza
14100 San Pedro Ave., Suite 302
San Antonio, Texas 78232
210.224.3121 / 210.224.3188

South Texas Office:
3900 N. 10th Street, Suite 950
McAllen, Texas 78501
956.687.3121 / 956.686.3188

Daniel A. Ortega
Travis W. Miller
Natalie M. Arledge
Bianca Cedrone
Saira S. Siddiqui
Leslie D. Hanna

Andrew B. Thigpen
1965-1998

April 24, 2017

United States District Clerk                                    *Via E-Filing System*
Attn: Dana Perez, Case Manager
601 Rosenberg, 6th Floor
Galveston, Texas 77550

Re:     C.A. NO. 6:17-CV-18; *Lesley Stepanek v. Wal Mart Stores Texas, LLC;* In the
        United States District Court for the Southern District of Texas, Victoria Division
        (Daw File No.: 226-518)

Dear Ms. Perez and Judge Hanks:

Please accept this correspondence as notification that the above referenced cause of action has been settled. The parties are working together to finalize the settlement documents. Once the finalization is complete we will file the appropriate dismissal documents.

Upon your receipt of this document, we request that you cancel the May 23, 2017 Initial Pretrial and Scheduling Conference currently set in this matter to be held at United States Courthouse, Martin Luther King, Jr., Federal Building, 312 S. Main, Victoria, Texas 77901.

If you have any comments or questions regarding this matter, please do not hesitate to contact the undersigned.

Yours very truly,

*Sherelle W. Sanders*

Willie Ben Daw, III / Sherelle W. Sanders

cc:     Michael D. Sheets, J.D.              *Via Email to:* mdsheets@swbell.net
        Peter H. Dadinis                     *Via Email to:* pdadinis@swbell.net

United States District Clerk
Attn: Dana Perez, Case Manager
April 24, 2017
PAGE 2

       LAW OFFICE OF PETER H. DADANIS
       1240 Blalock, Suite 204
       Houston, Texas 77055