UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| LESLEY STEPANEK | § § | |
| VS. | § § | C.A. NO. 6:17-cv-00018 |
| WAL MART STORES TEXAS, L.L.C. | § § | JURY DEMANDED |

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF THIS COURT:

**Plaintiff Lesley Stepanek** and **Defendant Wal-Mart Stores Texas, LLC** (collectively "Parties") file this Joint Motion for Dismissal with Prejudice and as grounds therefore would respectfully show unto the Court the following:

**Plaintiff Lesley Stepanek** and **Defendant Wal-Mart Stores Texas, LLC** have agreed to settle any and all claims, thus this matter is settled. Accordingly, Plaintiff and Defendant now respectfully request that the claims brought against Defendant Wal-Mart Stores Texas, LLC by Plaintiff be dismissed with prejudice to the refiling of the same.

Therefore, considering the above, **Plaintiff Lesley Stepanek** and **Defendant Wal-Mart Stores Texas, LLC** pray that this Honorable Court enter an Order dismissing Plaintiff's claims with prejudice to refiling of same and to grant Defendant such other and further relief to which Defendant may be justly entitled.

Dated: May 23, 2017

                                      Respectfully submitted,

                                      **Daw & Ray, LLP**

                                      By: */s/ Willie Ben Daw, III*
                                              Willie Ben Daw
                                              State Bar No. 05594050
                                              Federal Bar No.: 2373
                                              5718 Westheimer, Suite 1750
                                              Houston, Texas 77057

Email: WBDAW@dawray.com
(713) 266-3121 Telephone
(713) 266-3188 Facsimile

**ATTORNEY-IN-CHARGE FOR DEFENDANT**

<u>**OF COUNSEL:**</u>
Sherelle W. Sanders
State Bar No. 24013745
Federal Bar No. 579524
DAW & RAY, LLP
5718 Westheimer, Suite 1750
Houston, Texas 77057
Email: SSANDERS@dawray.com
(713) 266-3121 Telephone
(713) 266-3188 Facsimile

AND

LAW OFFICE OF PETER H. DADANIS

By: /s/ Peter H. Dadinis
Peter H. Dadinis
State Bar No. 05306200
1240 Blalock, Suite 204
Houston, Texas 77055
Email: pdadinis@swbell.net
(713) 675-5555 Telephone
(713) 675-6770 Facsimile

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all known counsel of record by Certified Mail, Return Receipt Requested, Facsimile, E-Mail, E-Filing Notification and/or Hand Delivery on this the 23rd day of May, 2017.

| | |
|---|---|
| Michael D. Sheets, J.D. | *Via Email to:* mdsheets@swbell.net |
| Peter H. Dadinis | *Via Email to:* pdadinis@swbell.net |
| LAW OFFICE OF PETER H. DADANIS | |
| 1240 Blalock, Suite 204 | |
| Houston, Texas 77055 | |

/s/ *Willie Ben Daw, III*
Willie Ben Daw, III/Sherelle W. Sanders