United States District Court
Southern District of Texas
**ENTERED**
May 23, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| LESLEY STEPANEK, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 6:17-CV-18 |
| | § | |
| WAL-MART STORES TEXAS, L.L.C., | § | |
| | § | |
| Defendant. | § | |

## FINAL DISMISSAL ORDER

Before the Court is the parties' Joint Motion for Dismissal with Prejudice. Dkt. 5. After considering all pertinent pleadings, the Court is of the opinion that the Motion should be **GRANTED**.

It is therefore **ORDERED** that all of Plaintiff's claims against Defendant are **DISMISSED with prejudice**.

All pending motions are hereby **DENIED as moot.**

This is a **Final Judgment**.

SIGNED at Galveston, Texas, this 23rd day of May, 2017.

_____
George C. Hanks Jr.
United States District Judge